IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED _____ .D.C.

05 DEC 12 PM 4: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**UNITED STATES OF AMERICA**

v.                                     No.: .2:05cr20271

**KRISTINA FLOYD**

---

### ORDER GRANTING MOTION TO CONTINUE

This cause came on to be heard upon the Motion to Continue filed by Counsel for Defendant, Blake D. Ballin. It appearing to the Court that the Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, by this Court that the Sentencing Hearing currently set on December 12, 2005 is hereby continued to the 26th day of January, 2006 at 1:30 PM o'clock. Time shall be excluded under the Speedy Trial Act.

_____
JUDGE

12-12-2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12/15/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20271 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Blake Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT